UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 15-14035-CR-MARTINEZ/MAYNARD

UNITED STATES OF AMERICA,

    Plaintiff,

v.

SAMUEL BRAVO-ZAMBRANO,

    Defendant.

_____/

FILED by _____ D.C.

AUG 21 2018

STEVEN M. LARIMORE
CLERK U.S. DIST. CT.
S.D. OF FLA. - FT. PIERCE

REPORT AND RECOMMENDATION ON DEFENDANT'S
ADMISSION TO VIOLATION NUMBERS 6, 7 AND 8 AS SET FORTH IN THE
PETITION ALLEGING VIOLATIONS OF SUPERVISED RELEASE

THIS CAUSE having come before the Court for a final hearing on August 20, 2018 with respect to the Petition for Warrant or Summons for Offender under Supervision (the "Petition"), and this Court having convened a hearing, recommends to the District Court as follows:

1.    Defendant appeared before this Court on August 20, 2018 for a final hearing on the Petition, which alleges the following violations of supervised release:

| | |
|---|---|
| **Violation Number 1** | **Violation of Mandatory Condition**, by failing to refrain from violation of the law. On or about February 24, 2018, the defendant committed the offense of Fraud Possess Blank Fictitious Unlawful Driver's License or ID, in violation of Florida Statute 322.212.1. |
| **Violation Number 2** | **Violation of Mandatory Condition**, by failing to refrain from violation of the law. On or about February 24, 2018, the defendant committed the offense of Marijuana Possession not more than 20 Grams, in violation of Florida Statute 893.13.6b. |
| **Violation Number 3** | **Violation of Mandatory Condition**, by failing to refrain from violation of the law. On or about February 24, 2018, the defendant committed the offense of Drug Equipment |

|  |  |
|---|---|
|  | Possession and or use, in violation of Florida Statute 893.147.1. |
| **Violation Number 4** | **Violation of Mandatory Condition**, by failing to refrain from violation of the law. On or about February 24, 2018, the defendant committed the offense of Fraud-Impersonation False ID given to Law Enforcement Officer, in violation of Florida Statute 901.36.1. |
| **Violation Number 5** | **Violation of Mandatory Condition**, by failing to refrain from violation of the law. On or about February 24, 2018, the defendant committed the offense of Evidence Destroying Tamper with or Fabricate Physical, in violation of Florida Statute 918.13. |
| **Violation Number 6** | **Violation of Mandatory Condition**, by failing to refrain from violation of the law. On or about March 17, 2018, the defendant committed the offense of Burglary Unoccupied Conveyance Unarmed, in violation of Florida Statute 810.02.4b. |
| **Violation Number 7** | **Violation of Mandatory Condition**, by failing to refrain from violation of the law. On or about March 17, 2018, the defendant committed the offense of Larceny petit theft, in violation of Florida Statute 812.014.3a. |
| **Violation Number 8** | **Violation of Special Condition**, by re-entering the United States without the written permission of the Undersecretary for Border and Transportation Security. On or about February 24, 2018, the defendant re-entered the United States without the written permission of the Undersecretary for Border and Transportation Security as evidenced by his arrest. |

2. After consultation with his attorney, Defendant announced to this Court that he wished to admit Violation Numbers 6, 7 and 8 as set forth in the Petition. This Court questioned Defendant on the record and made certain that he understood his rights in regards to an evidentiary hearing with respect to the alleged violations. Defendant acknowledged that he understood his rights and further understands that if this Court accepts his admissions all that

2

will remain will be for the District Court to conduct a sentencing hearing for final disposition in this matter.

3. The possible maximum penalties faced by Defendant were read into the record by the Government, and Defendant stated that he understood those penalties.

4. The Government provided a factual proffer for Defendant's admissions, stating that Defendant was convicted in state court in Highlands County of the crimes alleged in Violation Numbers 6 and 7. Regarding Violation Number 8, Defendant was deported from the United States to Mexico on September 21, 2016, and is now present again in the United States as demonstrated by his arrest on February 24, 2018 in Lake Placid, Florida and as demonstrated by his appearance before this Court. Further, no record exists showing Defendant has received permission from the appropriate United States authorities to return to the United States. Defendant agreed that the Government's proffer was true and correct, and that the Government could prove these facts against him were a hearing to be held in this matter. The Court has considered the Government's proffer, and finds that it sets forth a sufficient basis to support Defendant's admissions to Violation Numbers 6, 7 and 8.

5. This Court notes that Defendant has been charged by indictment with illegal reentry after deportation in case number 18-CR-14033-ROSENBERG. At the request of defense counsel, this Court explained to Defendant that admitting Violation Number 8 in this proceeding may have implications in the case currently pending before Judge Rosenberg. Defendant acknowledged on the record that he understood.

**ACCORDINGLY**, based upon Defendant's admission to Violation Numbers 6, 7 and 8 of the Petition under oath, this Court recommends to the District Court that Defendant be found to have violated his supervised release with respect to Violation Numbers 6, 7 and 8, and that a

sentencing hearing be set at the earliest convenience of the District Court for final disposition of this matter.

The parties shall have fourteen (14) days from the date of this Report and Recommendation within which to file objections, if any, with the Honorable Jose E. Martinez, the United States District Judge assigned to this case. Pursuant to Federal Rules of Criminal Procedure, Rule 59(b)(2), failure to file objections timely waives a party's right to review and bars the parties from attacking on appeal any legal rulings and factual findings contained herein.

**DONE AND SUBMITTED** in Chambers at Fort Pierce, Florida, this 21st day of August, 2018.

SHANIEK M. MAYNARD
UNITED STATES MAGISTRATE JUDGE