UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 15-14035-CR-MARTINEZ/MAYNARD

UNITED STATES OF AMERICA

    Plaintiff,

vs.

SAMUEL BRAVO-ZAMBRANO,

    Defendant.
_____/

## ORDER ADOPTING MAGISTRATE'S REPORT AND RECOMMENDATION ON DEFENDANT'S ADMISSION TO VIOLATION NUMBERS 6, 7, AND 8 AS SET FORTH IN THE PETITION ALLEGING VIOLATIONS OF SUPERVISED RELEASE

**THIS CAUSE** came before the Court upon a Report and Recommendation on Defendant's Admission to Violation Numbers 6, 7, and 8 as Set Forth in the Petition Alleging Violations of Supervised Release.

**THE MATTER** was heard by United States Magistrate Judge Shaniek M. Maynard, on August 20, 2018. A Report and Recommendation was filed on August 21, 2018 [ECF No. 43], recommending that this Court find that Defendant has violated his supervised release in respect to Violation Numbers 6, 7, 8, inclusive, as set forth in the Petition. The Defendant and the Government were afforded the opportunity to file objections to the Report and Recommendation, however none were filed. The Court has conducted a de novo review of the entire file. Accordingly, it is

**ORDERED AND ADJUDGED** that the Report and Recommendation [ECF No. 43] on Defendant's final hearing to the Violation as set forth in the Petition Alleging Violation of Supervised Release of the United States Magistrate Judge Shaniek M. Maynard, is hereby **Adopted and Approved** in its entirety.

The Court finds that the Defendant has violated the terms and conditions of his supervision and adjudicates him guilty in respect to violation numbers 6, 7, and 8 as set forth in the Petition for Warrant for Offender Under Supervision.

DONE AND ORDERED in Chambers at Miami, Florida, this ⧫ day of September, 2018.

JOSE E. MARTINEZ
UNITED STATES DISTRICT JUDGE

Copied: Hon. Magistrate Maynard
All Counsel Of Record
U.S. Probation Office